IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LORENZO DANTE COLLIER,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5299

Opinion filed December 4, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Lorenzo Dante Collier, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of habeas corpus is denied on the merits.

ROBERTS, C.J., BENTON and KELSEY, JJ., CONCUR.